UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In Re:                                           Case No. 13-21911-DOB

ELVIS L. BIANCO,                                 Chapter 0

                    Debtor(s).                   Honorable Daniel Opperman

_____ /

## NOTICE OF STATE OF MICHIGAN UNFILED TAX RETURNS

Debtor(s) has failed to file a tax return for income taxes for tax period(s) 2011 and 2012 as

required by 11 USC 1308. Failure to file tax returns may result in the Michigan Department of

Treasury either objecting to the Debtor's Plan or filing a Motion to either Convert or Dismiss

the case.

## I.   IF YOU ARE REQUIRED TO FILE:

Signed tax returns should be submitted to:

                    Michigan Department of Attorney General
                    Revenue & Collections Division
                    Cadillac Place, Ste 10-200
                    3030 W. Grand Blvd
                    Detroit, MI 48202
                    Attn: Moe Freedman

Attach any required copies of Federal Schedules, 1099's, and W-2's. If you have already

filed the required return(s), submit a copy to the above-listed address. For questions, call

(313) 456-0140.

1

## II. IF YOU BELIEVE YOU ARE NOT REQUIRED TO FILE:

Submit an AFFIDAVIT, signed under penalty of perjury, notarized and dated, stating the reasons why you are not required to file the returns. In the Affidavit, list income from all sources, both taxable and non-taxable, for each year. If you were required to file a federal tax return, submit a copy of your federal return with the Affidavit. Send the information to the above-listed address.

## III. IF YOU NEED ADDITIONAL INFORMATION TO FILE YOUR RETURNS:

W-2 or 1099--Contact your EMPLOYER(S)

IF NOT RECEIVED, CONTACT THE IRS AT 313-237-0800 or 800-829-1040

IRS WEBSITE: www.irs.gov

Respectfully submitted,

BILL SCHUETTE
Attorney General

/s/ Moe Freedman
Moe Freedman (P74224)
Assistant Attorney General
Cadillac Place, Ste. 10-200
3030 W. Grand Blvd.
Detroit, MI 48202
Telephone: (313) 456-0140
E-mail: FreedmanM1@michigan.gov

Dated: August 21, 2013

2