UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:

ELVIS LYNN BIANCO                          CASE NO. 13-21911
                                           HON. DANIEL S. OPPERMAN
SSN: xxx-xx-3776                           CHAPTER 13 PROCEEDING


                    Debtor.
_____/

DEBTOR'S OBJECTION TO CLAIM 16-1 FILED BY
MICHIGAN DEPARTMENT OF TREASURY

Debtor, by counsel, objects to Claim 16-1 filed by the Michigan Department of Treasury
based on the following:

1.      The Michigan Department of Treasury (Claimant) has filed Claim 16-1 alleging
that Debtor is liable for income taxes, penalties and interest for the tax years 2010, 2011
and 2012.

2.      Claimant states a portion of their claim is a priority claim pursuant to 11 USC
§507(a)(8) and that a portion of their claim is secured.

3.      The Debtor does not recall receiving any notice from the State of Michigan
regarding a tax deficiencies for the years 2010, 2011 and 2012.

4.      Fed. R. Bankr.P.3001 governs the form and requirements of Proofs of Claims.

5.      Fed.R.Bankr.P.3001(a) entitled *Form and Content* provides that:

**A proof of claim shall conform substantially to the appropriate Official
Form.**

6.      Fed R.Bankr.P.3001(c)(2) entitled *Additional Requirements in an Individual
Debtor Case;  Sanctions for Failure to Comply,* provides as follows:

**In a case in which the debtor is an individual:**

**(A) If, in addition to its principal amount, a claim includes interest, fees, expenses,
or other charges incurred before the petition was filed, an itemized statement of the
interest, fees, expenses, or charges shall be filed with the proof of claim.**

7.      Claimant has failed to comply with Fed.R.Bankr.P.3001.

8.      Claimant has failed to provide sufficient factual substantiation for their priority and secured claims as they relate to any income tax deficiency, penalties and/or interest allegedly owed by the Debtor for the years 2010, 2011 and 2012.

9.      Fed.R.Bankr.P.3001(c)(2)(D) provides:

**If the holder of a claim fails to provide any information required by this subdivision (c), the court may, after notice and a hearing, take either or both of the following actions:**

**(i) preclude the holder from presenting the omitted information, in any form, as evidence in any contested matter or adversary proceeding in the case, unless the court determines that the failure was substantially justified or is harmless; or**

**(ii) award other appropriate relief, including reasonable expenses and attorney's fees caused by the failure.**

REQUEST FOR RELIEF

Debtor, by counsel, requests that this Court disallow Claim 16-1 as filed and provide other necessary relief as allowed by Fed.R.Bankr.P.3001(c)(2)(D).

MICHAEL J. SHOVAN

Dated: March 16, 2014            /s/ Michael J. Shovan
                                 MICHAEL J. SHOVAN (P43362)
                                 Attorney for Debtor
                                 5090 State Street, Building A
                                 Saginaw MI 48603
                                 (989) 233-9389; fax (989) 393-5913
                                 mike@mikeshovan.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:

ELVIS LYNN BIANCO                    CASE NO. 13-21911
                                     HON. DANIEL S. OPPERMAN
SSN: xxx-xx-3776                     CHAPTER 13 PROCEEDING


            Debtor.
_____/


### NOTICE OF OBJECTION TO CLAIM #16-1 & OPPORTUNITY TO RESPOND

Debtors' have filed an objection to your claim in this bankruptcy case.

Your claim may be reduced, modified, or denied.  You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before May 15, 2014,  you or your lawyer must:

1.      File with the court a written response to the objection, explaining your position, at:

        U.S. BANKRUPTCY COURT
        111 FIRST STREET
        BAY CITY MI 48708

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above.  All attorneys are required to file pleadings electronically.

You must also mail a copy to:

        MICHAEL J. SHOVAN
        5090 STATE STREET
        BUILDING A
        SAGINAW MI 48603

        THOMAS W. McDONALD
        CHAPTER 13 TRUSTEE
        3144 DAVENPORT AVE
        SAGINAW MI 48602

2.     Attend the hearing on the objection, scheduled to be held on Thursday, May 22, 2014, at 10:00 a.m. at the United States Bankruptcy Court, 111 First Street, Bay City MI 48708, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received.  A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

     If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.

Date:  March 16, 2014                    /s/ Michael J. Shovan
                                         Michael J. Shovan (P43362)
                                         Attorney for Debtors
                                         5090 State Street, Bldg A
                                         Saginaw MI 48603
                                         (989) 233-9389
                                         mike@mikeshovan.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:

ELVIS LYNN BIANCO                          CASE NO. 13-21911
                                           HON. DANIEL S. OPPERMAN
SSN: xxx-xx-3776                           CHAPTER 13 PROCEEDING


                    Debtor.
_____/

CERTIFICATE OF SERVICE

On March 16, 2014, the undersigned served a copy of Debtor's Objection to Claim 16-1 filed by the Michigan Department of Treasury with a response date and Notice of Hearing and Opportunity to Respond on all parties listed on the matrix electronically and by first class mail on the following parties:

MICHIGAN DEPARTMENT OF TREASURY
BANKRUPTCY UNIT
POB 30168
LANSING MI 48909

THOMAS W. McDONALD, JR.
CHAPTER 13 TRUSTEE
3144 DAVENPORT AVE
SAGINAW MI 48602

                              MICHAEL J. SHOVAN


Dated: March 16, 2014         /s/ Michael J. Shovan
                              MICHAEL J. SHOVAN (P43362)
                              Attorney for Debtor
                              5090 State Street, Building A
                              Saginaw MI 48603
                              (989) 233-9389; fax (989) 393-5913
                              mike@mikeshovan.com

5