UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:

ELVIS LYNN BIANCO

SSN: xxx-xx-3776

CASE NO. 13-21911
HON. DANIEL S. OPPERMAN
CHAPTER 13 PROCEEDING

Debtor.
_____/

## STIPULATION TO ADJOURN HEARING ON OBJECTION TO CLAIM NUMBER 13

On May 21, 2014, the undersigned parties stipulate to the entry of an order adjourning the hearing on Debtor's objection to claim number 13 filed by the Michigan Department of Treasury from 10:00 am on Thursday, May 22, 2014 to 10:00 am on Thursday, , June 12, 2014, in the form of the order attached as Exhibit 1 to allow the parties an opportunity to further discuss the resolution of this matter and to obtain necessary documents from the Debtor.

Respectfully submitted,

/s/ Moshe Freedman
MOSHE FREEDMAN (P74224)
ASSISTANT ATTORNEY GENERAL
MICHIGAN DEPARTMENT OF
TREASURY
3030 W. GRAND BLVD.
DETROIT MI 48202
(313) 456-0044
freedmanm1@michigan.gov

/s/ Michael J. Shovan
MICHAEL J. SHOVAN (P43362)
ATTORNEY FOR DEBTORS
5090 STATE STREET, BUILDING A
SAGINAW MI 48603
(989) 233-9389; fax (989) 393-5913
mike@mikeshovan.com

/s/ Thomas W. McDonald, Jr.
CHAPTER 13 TRUSTEE
3144 DAVENPORT AVE.
SAGINAW MI 48602
(989) 792-6766; fax (989) 791-6565
ecf@mcdonald13.org

Exhibit 1

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:

ELVIS LYNN BIANCO  CASE NO. 13-21911
 HON. DANIEL S. OPPERMAN
SSN: xxx-xx-3776  CHAPTER 13 PROCEEDING

Debtor.
_____/

ORDER TO ADJOURN HEARING ON OBJECTION TO CLAIM NUMBER 16

The parties having stipulated and this Court being advised in the premises,

IT IS ORDERED:

The hearing scheduled for 10:00 am on Thursday, May 21, 2014, is rescheduled for 10:00 am on Thursday, June 12, 2014.