UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION

In the Matter of:

                          CHAPTER 13 PROCEEDING
ELVIS L. BIANCO              CASE NUMBER: 13-21911
                          HONORABLE DANIEL S. OPPERMAN

    Debtor(s)
_____/

## OBJECTION TO CONFIRMATION OF FIRST MODIFIED
## POST-CONFIRMATION CHAPTER 13 PLAN

      NOW COMES Thomas W. McDonald, Jr., Chapter 13 Trustee, and hereby objects to the debtors Chapter 13 Plan as follows:

1.    The Debtor has failed to file an Amended Schedule I and/or J to substantiate the change in plan payment as required by L.B.R. 3015-2(a)(3) (E.D.M.).

2.    The Debtor has failed to make payments pursuant to his First Modified Post Confirmation Chapter 13 Plan.

3.    The Debtor(s) have failed to serve the Chapter 13 Trustee's Office with a true copy of the payment order as required by L.B.R. 1007-1(c)(2) (E.D.M), to coincide with the First Modified Post Confirmation Chapter 13 Plan.

4.    The Debtor's First Amended Post Confirmation Chapter 13 Plan is not feasible and the funding of the plan is not sufficient to pay claims as filed and there will be no distribution to unsecured creditors.

      WHEREFORE, the Chapter 13 Trustee prays this Court deny Confirmation of the proposed Chapter 13 Plan.

Dated:    July 8, 2014

                                              /s/Thomas W. McDonald, Jr.
                                             Thomas W. McDonald, Jr.(P32464)
                                             Chapter 13 Trustee
                                             3144 Davenport Avenue
                                             Saginaw, Michigan 48602
                                             Telephone:  (989) 792-6766
                                             ecf@mcdonald13.org

**UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN - NORTHERN DIVISION**

**In the Matter of:**

**ELVIS L. BIANCO**

      **Debtor(s).**

_____/

**CHAPTER 13 PROCEEDING
CASE NUMBER: 13-21911
HONORABLE DANIEL S. OPPERMAN**

## CERTIFICATE OF SERVICE OBJECTION TO CONFIRMATION OF FIRST POST-CONFIRMATION CHAPTER 13 PLAN

I, the undersigned, do hereby certify that on July 8, 2014, I have electronically filed the foregoing papers with the Clerk of the Court using the ECF systems which will send notification of such filing to the following:

Mike Shovan mikeshovan@gmail.com

and hereby certify that I have mailed by United States Postal Service the Papers to the following non-ECF participants:

Elvis Bianco
5468 Brockway
Saginaw, MI 48638

/s/JJ Wooten
JJ Wooten
Office of Thomas W. McDonald, Jr.
Chapter 13 Trustee
3144 Davenport Avenue
Saginaw, Michigan 48602
Telephone: (989) 792-6766
ecf@mcdonald13.org