UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:

ELVIS LYNN BIANCO

SSN: xxx-xx-3776

CASE NO. 13-21911
HON. DANIEL S. OPPERMAN
CHAPTER 13 PROCEEDING

Debtor.
_____/

## DEBTOR'S OBJECTION TO AMENDED CLAIM 16-2 FILED BY MICHIGAN DEPARTMENT OF TREASURY

Debtor, by counsel, objects to Amended Claim 16-2 filed by the Michigan Department of Treasury based on the following:

1. The Michigan Department of Treasury (Claimant) has filed Amended Claim 16-2 on October 09, 2014, estimating Debtor's income tax deficiency for the year 2012.

2. Debtor filed his 2012 State Income Tax Return on August 21, 2014, as evidenced by Exhibit 1.

3. Debtor's 2012 State of Michigan Income Tax liability has been liquidated to a principal amount of $535.00.

4. The State of Michigan's Amended Claim 16-2 filed on October 09, 2014 incorrectly states Debtor's tax deficiency for 2012 at $2,189.00.

5. The State of Michigan's claim for 2012 income taxes overstates the Debtor's tax deficiency by $1,654.00.

6. Debtor's State of Michigan 2012 income tax deficiency is easily calculated because Debtor's income is W-2 based – as shown on Exhibit 1. As a result, there is no dispute that the State of Michigan's income tax deficiency claim for 2012 is limited to an amount equal to $535.00.

## REQUEST FOR RELIEF

Debtor requests that this Court enter the Order attached as Exhibit 2 sustaining the Debtor's objection and limiting the 2012 income tax deficiency to $535.00 and provide other necessary relief.

                                                                              Respectfully submitted,

Dated: October 22, 2014                    /s/ Michael J. Shovan
                                                                             MICHAEL J. SHOVAN (P43362)
                                                                             Attorney for Debtor
                                                                             5090 State Street, Building A
                                                                             Saginaw MI 48603
                                                                             (989) 233-9389; fax (989) 393-5913
                                                                             mike@mikeshovan.com

Issued under authority of Public Act 281 of 1967.

# 2012 MICHIGAN Individual Income Tax Return MI-1040

**Return is due April 15, 2013.**

Type or print in blue or black ink. Print numbers like this: 0123456789 - NOT like this: Ø 1 4 7

| 1. Filer's First Name | M.I. | Last Name | 2. Filer's Social Security No. (Example: 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) |
|---|---|---|---|
| Elvis | L | Bianco | ■■ — ■■ — 3776 |
| If a Joint Return, Spouse's First Name | M.I. | Last Name | 3. Spouse's Social Security No. (Example: 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) |
|  |  |  | — — |

Home Address (Number, Street, or P.O. Box): 5468 Brockway rd

| City or Town | State | ZIP Code | 4. School District Code (5 digits – see page 60) |
|---|---|---|---|
| Saginaw | MI | 48638 | 73040 |

**5. STATE CAMPAIGN FUND**
Check if you (and/or your spouse, if filing a joint return) want $3 of your taxes to go to this fund. This will not increase your tax or reduce your refund.
a. [ ] Filer
b. [ ] Spouse

**6. FARMERS, FISHERMEN, SEAFARERS OR RETIREE**
[ ] Check this box if 2/3 of your income is from farming, fishing, seafaring or you are a pension recipient (see p. 11).

**7. FILING STATUS.** Check one.
a. [X] Single
b. [ ] Married, filing jointly
c. [ ] Married, filing separately*

* If you check box "c," complete line 3 and enter spouse's full name below:

**8. RESIDENCY STATUS.** Check all that apply.
a. [X] Resident
b. [ ] Nonresident *
c. [ ] Part-Year Resident *

* If you check box "b" or "c," you must complete and attach Schedule NR.

**9. EXEMPTIONS. NOTE:** If someone else can claim you as a dependent, check box 9d, enter 0 on line 9a and enter $1,500 on line 9d.

| | | | |
|---|---|---|---|
| a. Number of exemptions claimed on 2012 federal return ................ 9a. | 0 x $3,763 | 9a. | 00 |
| b. Number of individuals who qualify for one of the following special exemptions: deaf, blind, hemiplegic, paraplegic, quadriplegic, or totally and permanently disabled 9b. | 0 x $2,400 | 9b. | 00 |
| c. Number of qualified disabled veterans ................................ 9c. | 0 x $300 | 9c. | 00 |
| d. Claimed as dependent, see line 9 NOTE above ................................ 9d. [ ] | | 9d. | 00 |
| e. Add lines 9a, 9b, 9c and 9d. Enter here and on line 15 ................ | | 9e. | 00 |

| | | |
|---|---|---|
| 10. Adjusted Gross Income from your U.S. Forms 1040, 1040A, 1040EZ or 1040NR (see p. 11) ........ 10. | 40,916 | 00 |
| 11. Additions from Michigan Schedule 1, line 7. Attach Schedule 1 ........................ 11. | | 00 |
| 12. Total. Add lines 10 and 11 ................................................................................. 12. | 40,916 | 00 |
| 13. Subtractions from Michigan Schedule 1, line 21. Attach Schedule 1 .................. 13. | | 00 |
| 14. Income subject to tax. Subtract line 13 from line 12. If line 13 is greater than line 12, enter "0" ..... 14. | 40,916 | 00 |
| 15. Exemption allowance. Amount from line 9e or Schedule NR, line 19 ................ 15. | | 00 |
| 16. Taxable Income. Subtract line 15 from line 14. If line 15 is greater than line 14, enter "0" ..... 16. | 40,916 | 00 |
| 17. Tax. Multiply line 16 by 4.33% (0.0433) ......................................................... 17. | 1,771 | 00 |

**NON-REFUNDABLE CREDITS**  AMOUNT   CREDIT

| | | | | |
|---|---|---|---|---|
| 18. Income Tax Imposed by government units outside Michigan. Attach a copy of the return (see instructions) ........................ | 18a. | 00 | 18b. | 00 |
| 19. Michigan Historic Preservation Tax credit carryforward and/or Small Business Investment Tax Credit (see instructions) ........ | 19a. | 00 | 19b. | 00 |
| 20. Income Tax. Subtract the sum of lines 18b and 19b from line 17. If the sum of lines 18b and 19b is greater than line 17, enter "0" ........ | | | 20. | 1,771 00 |

+ 0000 2012 05 01 27 5

Continue on page 2. This form cannot be processed if page 2 is not completed and attached.

EXHIBIT 1

Filer's Social Security Number [REDACTED] — 3776

| Line | Description | Amount |
|---|---|---|
| 21. | Enter amount of Income Tax from line 20 | 1,771 00 |
| 22. | Voluntary Contributions from Form 4642, line 8. Attach Form 4642 | 00 |
| 23. | USE TAX. Use tax due on Internet, mail order or other out-of-state purchases from Worksheet 1, line 3, p. 9 | 00 |
| 24. | Total Tax Liability. Add lines 21, 22 and 23 | 00 |

**REFUNDABLE CREDITS AND PAYMENTS**

| Line | Description | Amount |
|---|---|---|
| 25. | Property Tax Credit. Attach MI-1040CR or MI-1040CR-2 | 00 |
| 26. | Farmland Preservation Credit. Attach MI-1040CR-5 | 00 |
| 27a. | Federal Earned Income Tax Credit | 00 |
| 27b. | Michigan Earned Income Tax Credit. Multiply line 27a by 6% (0.06) | 00 |
| 28. | Michigan Historic Preservation Tax Credit (refundable). Attach Form 3581 | 00 |
| 29. | Michigan tax withheld from Schedule W, line 7. Attach Schedule W (do not submit W-2's) | 1,236 00 |
| 30. | Estimated tax, extension payments and 2011 credit forward | 00 |
| 31. | Total refundable credits and payments. Add lines 25, 26, 27b, 28, 29 and 30 | 1,236 00 |

**REFUND OR TAX DUE**

| Line | Description | Amount |
|---|---|---|
| 32. | If line 31 is less than line 24, subtract line 31 from line 24. Include interest ____ and penalty ____ if applicable (see p. 12) **YOU OWE** | 535 00 |
| 33. | Overpayment. If line 31 is greater than line 24, subtract line 24 from line 31 | 00 |
| 34. | Credit Forward. Amount of line 33 to be credited to your 2013 estimated tax for your 2013 tax return | 00 |
| 35. | Subtract line 34 from line 33 ........ **REFUND** | 00 |

**DIRECT DEPOSIT** Deposit your refund directly to your financial institution! See page 13 and complete a, b and c.

a. Routing Transit Number
b. Account Number
c. Type of Account  1. ☐ Checking  2. ☐ Savings

**Deceased Taxpayer.** If Filer and/or Spouse died after December 31, 2011, check the appropriate box below.
☐ Filer is deceased.  ☐ Spouse is deceased.

**Preparer Certification.** I declare under penalty of perjury that this return is based on all information of which I have any knowledge.
Preparer's PTIN, FEIN or SSN

**Taxpayer Certification.** I declare under penalty of perjury that the information in this return and attachments is true and complete to the best of my knowledge.

Filer's Signature: [signature]
Date: 8-21-14
Spouse's Signature:
Date:

Preparer's Business Name (print or type)
Preparer's Business Address (Print or Type)

☐ By checking this box, I authorize Treasury to discuss my return with my preparer.

**Refund, credit, or zero returns.** Mail your return to: **Michigan Department of Treasury, Lansing, MI 48956**
**Pay amount on line 32.** Mail your check and return to: **Michigan Department of Treasury, Lansing, MI 48929**

Make your check payable to "**State of Michigan.**" Print your Social Security number and "**2012 Income Tax**" on the front of your check. If paying on behalf of another taxpayer, write the taxpayer's name and Social Security number on the check. Do not staple your check to the return. Keep a copy of your return and supporting schedules for six years. To check your refund status, have a copy of your MI-1040 available when you visit www.michigan.gov/iit

+ 0000 2012 05 02 27 3

## Form W-2 (2012) — Copy 2

| Box | Field | Value |
|---|---|---|
| a | Employee's SSN | ###-##-3776 |
| | OMB No. | 1545-0008 |
| b | Employer identification number | 38-1227478 |
| 1 | Wages, tips, other compensation | 24031.36 |
| 2 | Federal income tax withheld | 1304.49 |
| 3 | Social security wages | 24031.36 |
| 4 | Social security tax withheld | 1009.32 |
| 5 | Medicare wages and tips | 24031.36 |
| 6 | Medicare tax withheld | 348.45 |
| c | Employer's name, address, and ZIP code | WILLIAM E WALTER, INC. / 1917 HOWARD AVE. / FLINT MI 48503 |
| e | Employee's first name and initial / Last name | ELVIS BIANCO |
| | Address | 5468 BROCKWAY RD / SAGINAW MI 48638-4426 |
| 15 | State / Employer's state ID number | MI / 38-1227478 |
| 16 | State wages, tips, etc. | 24031.36 |
| 17 | State income tax | 878.26 |

(Three additional copies of the same W-2 appear on this page: Copy C — For Employee's Records; Copy B — To Be Filed with Employee's FEDERAL Tax Return; and another Copy 2. All contain identical data as above.)

Four copies of Form W-2 for tax year 2012, all with identical information:

**Form W-2 Wage and Tax Statement 2012**

- a Employee's SSN: XXX-XX-3776
- OMB No. 1545-0008
- b Employer identification number: 38-0607500
- c Employer's name, address, and ZIP code:
  JOHN E. GREEN COMPANY
  220 VICTOR AVENUE
  HIGHLAND PARK    MI    48203
- d Control number: 02198
- e Employee's first name and initial: ELVIS    Last name: L BIANCO
- f Employee's address and Zip code:
  5468 BROCKWAY RD
  SAGINAW    MI    48638-

| Box | Description | Amount |
|---|---|---|
| 1 | Wages, tips, other compensation | 16,884.82 |
| 2 | Federal income tax withheld | 728.97 |
| 3 | Social security wages | 16,884.82 |
| 4 | Social security tax withheld | 709.16 |
| 5 | Medicare wages and tips | 16,884.82 |
| 6 | Medicare tax withheld | 244.83 |
| 7 | Social security tips | 0.00 |
| 8 | Allocated tips | 0.00 |
| 10 | Dependent care benefits | 0.00 |
| 11 | Nonqualified plans | 0.00 |
| 15 | State / Employer's state ID number | MI / 38-0607500 |
| 16 | State wages, tips, etc. | 16,884.82 |
| 17 | State income tax | 358.12 |
| 18 | Local wages, tips, etc. | 0.00 |
| 19 | Local income tax | 0.00 |
| 20 | Locality name | GRA |

Copy 2 - To Be Filed With Employee's State, City, or Local Income Tax Return.
Copy B - To Be Filed with Employee's FEDERAL Tax Return.
Copy C - For EMPLOYEE'S RECORDS

Department of Treasury-Internal Revenue Service

Exhibit 2

## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
## NORTHERN DIVISION

In re:

ELVIS LYNN BIANCO

SSN: xxx-xx-3776

CASE NO. 13-21911
HON. DANIEL S. OPPERMAN
CHAPTER 13 PROCEEDING

Debtor.
_____/

## ORDER SUSTAINING DEBTOR'S OBJECTION TO AMENDED CLAIM 16-2 FILED BY MICHIGAN DEPARTMENT OF TREASURY

After a hearing on the matter and this Court being advised in the underlying premises,

IT IS ORDERED:

The Debtor's objection to the Michigan Department of Treasury Amended Claim 16-2 is sustained.

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:

ELVIS LYNN BIANCO

SSN: xxx-xx-3776

CASE NO. 13-21911
HON. DANIEL S. OPPERMAN
CHAPTER 13 PROCEEDING

Debtor.
_____/

## NOTICE OF OBJECTION TO AMENDED CLAIM 16-2 FILED BY MICHIGAN DEPARTMENT OF TREASURY & OPPORTUNITY TO RESPOND

Debtors' have filed an objection to your claim in this bankruptcy case.

<u>Your claim may be reduced, modified, or denied.</u> You should read these papers carefully and discuss them with your attorney, if you have one.

If you do not want the court to deny or change your claim, then on or before May 15, 2014, you or your lawyer must:

1. File with the court a written response to the objection, explaining your position, at:
U.S. BANKRUPTCY COURT
111 FIRST STREET
BAY CITY MI 48708

If you mail your response to the court for filing, you must mail it early enough so that the court will receive it on or before the date stated above. All attorneys are required to file pleadings electronically.

You must also mail a copy to:

THOMAS W. MCDONALD
CHAPTER 13 TRUSTEE
3144 DAVENPORT AVE
SAGINAW MI 48602

MICHAEL J. SHOVAN
5090 STATE STREET
BUILDING A
SAGINAW MI 48603

MOE FREEDMAN
ATTORNEY GENERAL
3030 W. GRAND BLVD
STE. 10-200
DETROIT, MI 48202

2. Attend the hearing on the objection, scheduled to be held on Thursday, December 4, 2014, at 10:00 a.m. at the United States Bankruptcy Court, 111 First Street, Bay City MI 48708, unless your attendance is excused by mutual agreement between yourself and the objector's attorney. (Unless the matter is disposed of summarily as a matter of law, the hearing shall be a pre-trial conference only; neither testimony nor other evidence will be received. A pre-trial scheduling order may be issued as a result of the pre-trial conference.)

If you or your attorney do not take these steps, the Court may deem that you do not oppose the objection to your claim, in which event the hearing will be canceled, and the objection sustained.

Date: October 22, 2014

/s/ Michael J. Shovan
Michael J. Shovan (P43362)
Attorney for Debtors
5090 State Street, Bldg A
Saginaw MI 48603
(989) 233-9389
mike@mikeshovan.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

In re:

ELVIS LYNN BIANCO

SSN: xxx-xx-3776

CASE NO. 13-21911
HON. DANIEL S. OPPERMAN
CHAPTER 13 PROCEEDING

Debtor.
_____/

## CERTIFICATE OF SERVICE

On the date set forth below, the undersigned served a copy of Debtor's Objection to Amended Claim 16-2 filed by the Michigan Department of Treasury with a response date and Notice of Hearing and Opportunity to Respond electronically through the ECF system on all participants including the following:

THOMAS W. McDONALD, Jr.                    (ecf@mcdonald13.org)
CHAPTER 13 TRUSTEE

MOE FREEDMAN                               (freedmanm1@michigan.gov)
ATTORNEY GENERAL
STATE OF MICHIGAN
DEPARTMENT OF TREASURY


Dated: October 22, 2014                    /s/ Michael J. Shovan
                                           MICHAEL J. SHOVAN (P43362)
                                           Attorney for Debtor
                                           5090 State Street, Building A
                                           Saginaw MI 48603
                                           (989) 233-9389; fax (989) 393-5913
                                           mike@mikeshovan.com

6