**UNITED STATES BANKRUPTCY COURT**
Eastern District of Michigan

Case No.: **13−21911−dob**
Chapter: 13
Judge: Daniel S. Opperman.BayCity

In Re: (NAME OF DEBTOR(S))
   Elvis L. Bianco
   5468 Brockway
   Saginaw, MI 48638

Social Security No.:
   xxx−xx−3776

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

**PLEASE TAKE NOTICE** that a hearing will be held at **U.S. Bankruptcy Court Courtroom, 111 First St., Bay City, MI 48708** on **1/8/15** at **10:00 AM** to consider and act upon the following:

*53* − Motion for Sanctions for other Reason Filed by Creditor State of Michigan Department of Treasury (Attachments: # 1 Notice # 2 Proposed Order # 3 Proof of Service) (Freedman, Moe)

Dated: 12/29/14

                        BY THE COURT

                        Katherine B. Gullo
                        Clerk, U.S. Bankruptcy Court

                        BY: Pamela Skillman
                        Deputy Clerk